

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **STEVEN M. SILVERBERG**<br>*Assistant Corporation Counsel*<br>Email: ssilverb@law.nyc.gov<br>Tel.: (212) 788-1336<br>Fax: (212) 788-9776 |
|---|---|---|

June 26, 2012

BY ECF
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Lyudmilla D'Auria v. City of New York, et al.,
           11 Civ. 5107 (CBA)(LB)

Your Honor:

       I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants City of New York ("City") and Detective Carlos Velez assigned to the above-referenced case. Defendants write to advise the Court that the parties have reached an agreement to settle this action. We anticipate filing a Stipulation and Order of Settlement and Discontinuance in short order.

       Thank you for your consideration of this application.

                                    Respectfully submitted,

                                    /s/

                                  Steven M. Silverberg
                                  Assistant Corporation Counsel
                                  Special Federal Litigation Division

cc:    BY ECF
        Alan D. Levine, Esq.
        *Attorney for Plaintiff*
        80-02 Kew Gardens Road, Suite 302
        Kew Gardens, NY 11415